UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE FIGUEROA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:17-cv-656-XR |
| | § | |
| GREAT LAKES INSURANCE SE,<br>    Defendant. | §<br>§<br>§ | |

## NOTICE OF SETTLEMENT

Plaintiff George Figueroa and Defendant Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (UK) SE)[1] hereby notify the Court that they have reached an agreement in principle to resolve this matter and are finalizing the settlement. The settlement documents to be executed will call for the filing of a stipulation of dismissal with prejudice, which would dispose of this case in its entirety.

To preserve judicial economy, the parties request that the Court remove this case from the trial docket and abate all upcoming deadlines and settings while the parties finalize the pertinent settlement and dismissal papers.

---

[1] Improperly named as "Great Lakes Reinsurance (U.K.) SE" in Plaintiff's Original Petition, but appearing in its correct capacity herein.

Respectfully submitted,

By:   */s/ Valerie Henderson*
    **Eddy De Los Santos**
    Texas Bar No. 24040790
    Federal ID No. 602417
    **Valerie Henderson**
    Texas Bar No. 24078655
    Federal ID No. 1392550
    **BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ. P.C.**
    1301 McKinney Street, Suite 3700
    Houston, Texas 77010
    (713) 650-9700 - Telephone
    (713) 650-9701 - Facsimile

*Attorneys for Defendant*

AND

By:   */s/ Paul A. Smith, Jr. with permission by*
     *Valerie Henderson*
    **Carlos E. Solis**
    State Bar No. 24002972
    **Paul A. Smith, Jr.**
    State Bar No. 24015025
    **Solis & Smith, PC**
    12703 Spectrum Drive, Suite 100
    San Antonio, Texas 78249
    Telephone: (210) 223-5000
    Telecopier: (210) 223-5007

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that on August 21, 2017, the foregoing was served on all counsel of record via the ECF filing system, pursuant to the Federal Rules of Civil Procedure.

                            */s/ Valerie Henderson*
                            Valerie Henderson