## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE FIGUEROA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | Civil Action No:  SA-17-CV-656-XR |
| | ) | |
| GREAT LAKES INSURANCE SE, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

The parties have informed the Court that they have reached a settlement. Docket no. 6. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, including trial, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **September 25, 2017**. *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so. In addition, all pending motions, including docket no. 5, are DISMISSED as moot without prejudice to refiling.

It is so ORDERED.

SIGNED this 22nd day of August, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE